**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-7373**

_____

KAMAL S. MUWWAKKIL,

             Plaintiff – Appellant,

        v.

GENE M. JOHNSON; LARRY HUFFMAN; JOHN S. GARMAN; LINDA B.
SHEAR; BRYAN S. WATSON; A. P. HARVEY; J. COMBS;
P. SCARBERRY; J. MCQUEEN, Sergeant; M. MCBRIDE; T. THOMPSON;
BRENDA RAVIZEE; G. ROBINSON; M. HENSLEY,

             Defendants – Appellees.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.    Glen E. Conrad, Chief
District Judge. (7:09-cv-00318-gec-mfu)

_____

Submitted:  December 16, 2010      Decided:  January 13, 2011

_____

Before DUNCAN, AGEE, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Kamal S. Muwwakkil, Appellant Pro Se.   Banci Enga Tewolde,
Assistant Attorney General, Richmond, Virginia; Jim  H. Guynn,
Jr., GUYNN, MEMMER & DILLON, PC, Salem, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kamal S. Muwwakkil appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Muwwakkil v. Johnson, No. 7:09-cv-00318-gec-mfu (W.D. Va. Sept. 12, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED